1  PAUL B. MELTZER - #77425
   LAW OFFICES OF PAUL B. MELTZER
2  A Professional Corporation
   511 Water Street
3  Santa Cruz, California 95060
   Telephone: 831/426-6000
4

5  Attorney for Defendant, JAVIER VAZQUEZ-ROBLES

6
                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION
8

9
   UNITED STATES OF AMERICA,         )   No. 5:03-cr-20085-JF
10                                   )       5:02-cr-20085-JF
                  Plaintiff,         )
11                                   )   STIPULATION TO CONTINUE
              vs.                    )
12                                   )
   JAVIER VAZQUEZ-ROBLES,            )
13                                   )
                  Defendant.         )   Judge: The Honorable Jeremy Fogel
14                                   )
                                     )
15 _____

16      IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the

17 November 13, 2009 Status Hearing at 1:30 p.m. previously set forth in the matter of JAVIER VAZQUEZ-

18 ROBLES to December 9, 2009 at 9:00 a.m. The Government is awaiting receipt of appraisals and title receipts and

19 counsel for Mr. Vazquez-Robles has a conflict over the holiday.

20      The parties agree that the time between November 13, 2009 to December 9, 2009 shall be excluded from

21 the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code

22 § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The case has already been deemed complex and was approved for

23 electronic filing. The parties agree that the time is excludable in that the ends of justice served by granting this

24 continuance outweigh the best interests of the public.

25 //

26 //

27 //

28 //


STIPULATION FOR CONTINUANCE - 1

 Therefore, it is respectfully requested that the previously set Trial Setting of November 13, 2009 be vacated and a Trial Setting be set for December 9, 2009 at 9:00 a.m.

 THE PARTIES SO STIPULATE.

Dated: November 10, 2009          UNITED STATES ATTORNEY

                                  _____/S/_____
                                  GARY G. FRY, A. U.S.A.

Dated: November 10, 2009          UNITED STATES ATTORNEY

                                  _____/S/_____
                                  THOMAS COLTHURST, A. U.S.A.

Dated: November 10, 2009          LAW OFFICES OF PAUL B. MELTZER

                                  _____
                                  PAUL B. MELTZER, Attorney for
                                  Defendant, JAVIER VAZQUEZ-ROBLES.

STIPULATION FOR CONTINUANCE - 2

### [PROPOSED] O R D E R

**Good cause shown, therefore, IT IS HEREBY ORDERED that** the November 13, 2009 Status Hearing at 1:30 p.m. previously set forth in the matter of JAVIER VAZQUEZ-ROBLES is continued to December 9, 2009 at 9:00 a.m. The time between November 13, 2009 to December 9, 2009 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv).

SO ORDERED.

Dated: November 12, 2009

HON. JEREMY FOGEL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

STIPULATION FOR CONTINUANCE - 3